THE STATE *v.* MORRIS.—In Error.

THE judgment in this case is reversed, with costs, and the cause remanded for reasons given in the case of *The State* v. *Virt*, at the present term (1).

*W. M. Franklin, J. L. Ketcham*, and *N. B. Taylor*, for the state.

(1) See *ante*, p. 447.